UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3379 PA (PDx) | Date | May 17, 2023 |
|---|---|---|---|
| Title | Kenny Nolan v. 43 North Broadway LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – ORDER TO SHOW CAUSE

On May 4, 2023, the Clerk of the Court issued a Notice to Counsel re: Copyright, Patent, and Trademark Reporting Requirements. (Docket No. 9.) The Notice instructed plaintiff's counsel that, pursuant to Local Rule 3-1, "counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and two (2) copies of the required notice (AO 121) in copyright matters." The Notice further instructs counsel to "[p]lease complete the necessary form and electronically file within ten (10) days."

As of today's date, plaintiff's counsel has not provided the Clerk with the required notice to the Patent and Trademark Office for trademark matters (AO-120) and/or the required notice for copyright matters (AO-121). The Court hereby orders Plaintiff to submit the AO-120 and/or AO-121 form(s) no later than May 24, 2023. **Failure to submit the AO-120 and/or AO-121 form(s) by May 24, 2023 may result in the imposition of sanctions including, but not limited to, dismissal of the Complaint.**

IT IS SO ORDERED.