# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY NOLAN, an individual,<br><br>      Plaintiff,<br><br>  vs.<br><br>43 NORTH BROADWAY, LLC; and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No.: 2:23-cv-03379 PA (PDx)<br>[Hon. Percy Anderson]<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION** |

///
///
///
///

## ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the Complaint (Dkt. No. 1) by Kenny Nolan ("Nolan") is dismissed with prejudice in its entirety.

IT IS HEREBY FURTHER ORDERED that in the event of a dispute relating to the Settlement Agreement between Nolan and 43 North Broadway, LLC, the parties agree to mediate their dispute(s) before Bruce Isaacs of Signature Resolution within 30 days of written demand by either party.

**IT IS SO ORDERED.**

Dated:  November 06, 2023

_____
PERCY ANDERSON
United States District Judge